United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PRINCE OYEKAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04297 |
| | § | |
| GOODWILL INDUSTRIES OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Plaintiff Prince Oyekan filed suit against Defendant Goodwill Industries of Houston on September 10, 2025, seeking relief under the Family and Medical Leave Act (FMLA), the Americans with Disabilities Act (ADA), the Texas Human Resources Code, Chapter 121, and the Texas Labor Code, Chapter 21 (ECF No. 1.). Defendant moved to dismiss all of Plaintiff's claims. ECF No. 14. In response to the Motion to Dismiss, Plaintiff withdrew his claims under the FMLA. At a hearing on May 18, 2026, the Court dismissed Plaintiff's complaint with prejudice, because he failed to properly exhaust his administrative remedies before the Equal Employment Opportunity Commission (EEOC).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the May 18, 2026 hearing, final judgment is hereby **ENTERED** for Defendant.

Signed at Houston, Texas on May 19, 2026.

_____
Keith P. Ellison
United States District Judge

1 / 1