

United States Courts
Southern District of Texas
F I L E D

MAY 2 6 2026

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § ACTION NO. _4:25-CV-04297_ |
| _Prince W Oyekan_ | § |
| | § |

### NOTICE OF APPEAL

Notice is hereby given that ___Prince W Oyekan___ appeals to the:

___✓___ United States Court of Appeals for the Fifth Circuit

___✓___ United States District Court for the Southern District of Texas

from the:

_____ Conviction Only

_____ Conviction and Sentence

_____ Sentence Only

___✓___ Order (Docket Number _____) entered in this action on

_____, _____.

(month and date)    (year)

COUNSEL FOR APPELLANT

ADDRESS AND PHONE: _6520 Jamail Dr_
_Apt 318_
_Houston TX 77023_

_05/26/26_
DATE

### CERTIFICATE OF SERVICE

A true and correct copy of this Notice of Appeal has been conveyed to counsel for Appellee this _05_ day of _26_ , _____, by: ____ mail ____ electronic filing on CM/ECF.

SIGNED: _____