AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

United States Courts
Southern District of Texas
F I L E D

MAY 2 6 2026

Nathan Ochsner, Clerk of Court

*Prince Ohican*

_____
**Plaintiff/Petitioner**

*Goodwill Industries of Houston*

_____
*Defendant/Respondent*

)
)
)
)
)
)

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: *N/A. I am not Incarcerated* .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ *0.00* , and my take-home pay or wages are: $ *0.00* per
*(specify pay period)* *Per Month* .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☒ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Gifts such as Money To Pay For Phone bill (60$)
I submitted an application For supplemental Security Income (SSI)
Disability on March 30, 2026. The application is currently in step 3 of
(medical review) as of April 11, 2026. No benefits have been received yet
I also receive snap benefits as additional support. My Discover Cach Back Debit
Statement show a $0.01 balance with no activity.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____0.00_____ .
*Per attached Discover CashBack Debit statement showing $0.00 balance*

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NO

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Phone bill
Minimal /consistent with $0.01 bank balance. I receive spap benefits
as additional support

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

No one depend on me
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _May, 22, 2026_

_____
Applicant's signature

_____
Printed name

# DISC●VER

## CASHBACK DEBIT

Account Number: 7072543574
Statement Period: Mar 01, 2026 - Mar 31, 2026

Page 1 of 3

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | $0.01 |
| Deposits and Credits | +$0.00 |
| Checks | -$0.00 |
| ATM and Debit Card Withdrawals | -$0.00 |
| Electronic Withdrawals | -$0.00 |
| Service Charges, Fees, and Other Withdrawals | -$0.00 |
| Ending Balance | $0.01 |

## REWARDS

**Debit Card *Cashback Bonus*®**

| | |
|---|---|
| Opening Balance | +$0.50 |
| New Debit Card *Cashback Bonus* This Period | |
| Debit Card Purchases | +$0.00 |
| Adjustments: Positive | +$0.00 |
| Adjustments: Returns/Reversals | +$0.00 |
| Promotions | +$0.00 |
| Redeemed This Period | -$0.00 |
| Debit Card *Cashback Bonus* Ending Balance | +$0.50 |

⚠️ Adjustments to your Debit Card *Cashback Bonus* from debit card transactions that are not reward eligible or returns of debit card purchases will be applied to your Debit Card *Cashback Bonus* Balance in a subsequent month and will be reflected in your Debit Card *Cashback Bonus* Ending Balance.

### Overdraft/Returned Item Fees Summary

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Contact Us | | | | |
|---|---|---|---|---|
|  Online Discover.com |  Mobile Download our app |  Phone 1-800-347-7000 Hearing/Speech Impaired Dial 711 (Relay Service) |  Mail Discover, PO Box 30416 Salt Lake City, UT 84130 | |

Please fold on the perforation below, detach and return with your deposit.     See last page for important information about your account.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PRINCE OYEKAN
1333 Eldridge Pkwy Apt 228
Houston, TX 77077-1611



### Deposit Slip   Account number ending in 3574

| Date | | |
|---|---|---|
| List Checks Separately | Dollars | Cents |
| | $ | • |
| | $ | • |
| | $ | • |
| | $ | • |
| | $ | • |
| **TOTAL** | $ | • |

**DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL**
Do not send cash or staple checks to this form.
Mail to: Discover, PO Box 30417, Salt Lake City, UT 84130

⑆031100649⑆     7072543574⑈   110

# DISC●VER

## CASHBACK DEBIT

Account Number: 7072543574
Statement Period: Apr 01, 2026 - Apr 30, 2026

Page 1 of 3

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | $0.01 |
| Deposits and Credits | +$0.00 |
| Checks | -$0.00 |
| ATM and Debit Card Withdrawals | -$0.00 |
| Electronic Withdrawals | -$0.00 |
| Service Charges, Fees, and Other Withdrawals | -$0.00 |
| Ending Balance | $0.01 |

## REWARDS

Debit Card **Cashback Bonus®**

| | |
|---|---|
| Opening Balance | +$0.50 |
| New Debit Card **Cashback Bonus** This Period | |
| Debit Card Purchases | +$0.00 |
| Adjustments: Positive | +$0.00 |
| Adjustments: Returns/Reversals | +$0.00 |
| Promotions | +$0.00 |
| Redeemed This Period | -$0.00 |
| Debit Card **Cashback Bonus** Ending Balance | +$0.50 |

⚠ Adjustments to your Debit Card *Cashback Bonus* from debit card transactions that are not reward eligible or returns of debit card purchases will be applied to your Debit Card *Cashback Bonus* Balance in a subsequent month and will be reflected in your Debit Card *Cashback Bonus* Ending Balance.

### Overdraft/Returned Item Fees Summary

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Contact Us | | | |
|---|---|---|---|
|  **Online** Discover.com |  **Mobile** Download our app |  **Phone** 1-800-347-7000 Hearing/Speech Impaired Dial 711 (Relay Service) |  **Mail** Discover, PO Box 30416 Salt Lake City, UT 84130 |

Please fold on the perforation below, detach and return with your deposit.　　　　See last page for important information about your account.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PRINCE OYEKAN
1333 Eldridge Pkwy Apt 228
Houston, TX 77077-1611



### Deposit Slip　Account number ending in 3574

| Date | | |
|---|---|---|
| List Checks Separately | Dollars | Cents |
| | $ | • |
| | $ | • |
| | $ | • |
| | $ | • |
| | $ | • |
| **TOTAL** | $ | • |

**DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL**
Do not send cash or staple checks to this form.
Mail to: Discover, PO Box 30417, Salt Lake City, UT 84130

⑈031100649⑈      7072543574⑈      110

# DISC●VER

## CASHBACK DEBIT

Account Number: 7072543574
Statement Period: Feb 01, 2026 - Feb 28, 2026

Page 1 of 3

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | $0.01 |
| Deposits and Credits | +$0.00 |
| Checks | -$0.00 |
| ATM and Debit Card Withdrawals | -$0.00 |
| Electronic Withdrawals | -$0.00 |
| Service Charges, Fees, and Other Withdrawals | -$0.00 |
| Ending Balance | $0.01 |

## REWARDS

**Debit Card Cashback Bonus®**

| | |
|---|---|
| Opening Balance | +$0.50 |

New Debit Card **Cashback Bonus** This Period

| | |
|---|---|
| Debit Card Purchases | +$0.00 |
| Adjustments: Positive | +$0.00 |
| Adjustments: Returns/Reversals | +$0.00 |
| Promotions | +$0.00 |
| Redeemed This Period | -$0.00 |
| Debit Card **Cashback Bonus** Ending Balance | +$0.50 |

⚠ Adjustments to your Debit Card *Cashback Bonus* from debit card transactions that are not reward eligible or returns of debit card purchases will be applied to your Debit Card *Cashback Bonus* Balance in a subsequent month and will be reflected in your Debit Card *Cashback Bonus* Ending Balance.

### Overdraft/Returned Item Fees Summary

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

| Contact Us | | | | |
|---|---|---|---|---|
| **Online** Discover.com | **Mobile** Download our app | **Phone** 1-800-347-7000 Hearing/Speech Impaired Dial 711 (Relay Service) | **Mail** Discover, PO Box 30416 Salt Lake City, UT 84130 |

Please fold on the perforation below, detach and return with your deposit.

See last page for important information about your account.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



PRINCE OYEKAN
1333 Eldridge Pkwy Apt 228
Houston, TX 77077-1611



**Deposit Slip**  Account number ending in 3574

| Date | | |
|---|---|---|
| List Checks Separately | Dollars | Cents |
| | $ | . |
| | $ | . |
| | $ | . |
| | $ | . |
| | $ | . |
| **TOTAL** | $ | . |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
Do not send cash or staple checks to this form.
Mail to: Discover, PO Box 30417, Salt Lake City, UT 84130

⑆031100649⑆    7072543574⑈  110

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029

**TEXAS**
Health and Human
Services

**Date:** 09/12/2025

**Case Number:** 1062094086

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability,
call 7-1-1 or any relay service.
**All numbers are free to call.**

MR. PRINCE WALE OYEKAN
APT 3035
13411 BRIAR FOREST DR
HOUSTON TX 77077-2654

# Notice about your case:

## SNAP Food Benefits

**EDG number:** 734527320

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| Prince Wale Oyekan | 10/01/2025 - 03/31/2026 | $ 298.00 |

Notes:

Your SNAP benefits will be available by the 6th of each month. (If this is your first time getting benefits, you may get them early for the first few months.)

You will receive your monthly SNAP benefits for the dates listed above unless you report a change that makes you ineligible. HHSC will contact you when it's time to renew.

## Health Care Benefits

| Who can't get health care benefits | | | |
|---|---|---|---|
| Name | EDG Number | Program | Date |
| Prince Wale Oyekan | 752403148 | Medicaid | 08/01/2025 |

Reason:

You are not eligible for benefits. - (TW A-2350, 1 TAC 366.215; 366.311; 366.409; 366.511; 366.615; 366.711; 366.811; 366.903, 42 CFR 435.919)

Form TF0001
07/2025

Page 1 of 3

**Disability**

Nationally, it takes an average of 200 to 230 days for a complete decision. In **Texas**, the average decision takes **386 days**. These timeframes are estimates for reference. ❷

We are continuing Step 3 of 5 of the review process for your application.

✓ **1. You submitted your application on March 30, 2026.**

✓ **2. We conducted a non-medical review of your application on April 11, 2026.**

◉ **3. The Disability Determination Service (DDS) received your application from your local office on April 11, 2026.**

The DDS received your application from your local office on **April 11, 2026** and will assign the application for review and development as soon as possible.

In **Texas**, the average medical review takes **328 days**. These timeframes are estimates for reference and are subject to change on a case-by-case basis.

⌄ **Supplemental Security Income - SSI Disability application details**

◯ **4. A representative completes a final review of your application.**

◯ **5. We will send you a notice with a detailed explanation of our final decision.**