United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PRINCE OYEKAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-04297** |
| | § | |
| **GOODWILL INDUSTRIES OF HOUSTON,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER

Plaintiff Prince Oyekan has filed a Motion to Appeal *In Forma Pauperis*. ECF No. 23. The

Court finds that the Motion should be **GRANTED**.[1] The clerk is ordered to waive the filing fee.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 28, 2026.

Keith P. Ellison
United States District Judge

---

[1] The Court notes that Plaintiff has used the financial affidavit used by the U.S. District Court for the Southern District of Texas rather than the financial affidavit provided by the Fifth Circuit. However, the differences between the form are not material, so the Court will not require Plaintiff to submit an alternate form.