**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Prince Oyekan

*versus*　　　　　　　　　　　　　　　　Case Number: 4:25–cv–04297

Goodwill Industries of Houston

# NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: June 11, 2026.

Nathan Ochsner, Clerk